UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| MICHAEL ANTWI ADJEI, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 1:20cv1098 |
| | ) | |
| CHAD F. WOLF, | ) | |
| in his official capacity as Acting | ) | |
| Secretary of Homeland Security, *et* | ) | |
| *al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## AGREED ORDER

In this civil action, petitioner Michael Antwi Adjei seeks judicial review of United States Citizenship and Immigration Services' ("USCIS") final decision to deny his application to become a naturalized citizen of the United States. The parties have conferred, and believe this case is appropriate for disposition on summary judgment, based upon the administrative record of proceedings before United States Citizenship and Immigration Services ("USCIS"), without the need for discovery. And to that end, the parties have agreed upon a schedule for briefing and argument before this Court on cross-motions for summary judgment.

For good cause shown, it is hereby

ORDERED that, on or before December 8, 2020, respondents shall file the administrative record of proceedings before USCIS; it is further

ORDERED that on or before January 8, 2021, petitioner shall file his motion for summary judgment, along with a memorandum of law in support of the motion; it is further

ORDERED that on or before February 1, 2021, respondents shall file their own motion for summary judgment, along with a single memorandum of law containing arguments in support of their motion for summary judgment and in opposition to petitioner's motion for summary judgment; it is further

ORDERED that on or before February 19, 2021, petitioner shall file a single memorandum of law containing reply arguments in support of his motion for summary judgment and arguments in opposition to respondents' motion for summary judgment; it is further

ORDERED that on or before March 5, 2021, respondents shall file a reply memorandum of law in further support of their own motion for summary judgment; and it is further

ORDERED that all parties shall notice their respective motions for summary judgment for hearing on March 12, 2021, at 10:00 a.m.

Date: 12/7/20

/s/ _____

Liam O'Grady UNITED STATES DISTRICT JUDGE
United States District Judge

WE ASK FOR THIS:

Annigje Buwalda
Just Law International PC
9689-C Main Street
Fairfax, Virginia 22031
Telephone: (703) 503-0791
Fax: (703) 503-0792
Email: annbuwalda@justlawintl.com

Date: 12/2/20

*Attorney for Petitioner*

Dennis C. Barghaan, Jr.
Deputy Chief, Civil Division
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3891
Fax:        (703) 299-3983
Email: dennis.barghaan@usdoj.gov

Date: 12/2/20

*Attorney for Respondents*