UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MICHAEL ANTWI ADJEI, | ) |
| Petitioner, | ) ) ) |
| vs. | ) Civil Action No. 1:20cv1098 |
| DAVID PEKOSKE, in his official capacity as Acting Secretary of Homeland Security, et al., | ) ) ) ) ) |
| Respondents. | ) ) |

[Proposed] **ORDER**

Upon consideration of respondents' consent motion for a limited enlargement of time, it is hereby

ORDERED that respondents' consent motion is GRANTED; and it is hereby

ORDERED that on or before February 5, 2021, respondents shall file their motion for summary judgment, and a single memorandum in support of their motion and in opposition to petitioner's motion for summary judgment, in the above-captioned action.

Date: January 29, 2021

/s/
John F. Anderson
United States Magistrate Judge
UNITED STATES MAGISTRATE JUDGE