IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MICHAEL ANTWI ADJEI,<br><br>    *Petitioner*,<br><br>v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security, *et al.*,<br><br>    *Respondents*. | CASE NO.: 1:20-cv-01098-LO-JFA |

[PROPOSED] ORDER

Upon consideration of Petitioner's consent motion for a limited enlargement of time, it is hereby:

ORDERED that Petitioner's consent motion is GRANTED; and it is hereby

ORDERED that on or before February 22, 2021, Petitioner shall file his single memorandum in support of his motion for summary judgment and in opposition to Respondents' motion for summary judgment.

FEB. 19, 2021
DATE

/s/ JFA
John F. Anderson
United States Magistrate Judge
UNITED STATES MAGISTRATE JUDGE