IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MICHAEL ANTWI ADJEI, <br><br> Petitioner, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *in his official capacity as Secretary of Homeland Security,* et al., <br><br> Respondents. | Case No. 1:20-cv-01098 <br> Hon. Liam O'Grady |

## ORDER

This matter comes before the Court on the parties' respective Motions for Summary Judgment. Dkt. 9 (Petitioner's Motion for Summary Judgment) and Dkt. 14 (Respondents' Motion for Summary Judgment). The matter has been fully briefed by the parties and the Court dispensed with oral argument.

For the reasons provided in the Court's forthcoming Order, Petitioner's Motion for Summary Judgment is hereby **DENIED**, and Respondents' Motion for Summary Judgment is hereby **GRANTED**. Petitioner's action against Respondents is accordingly **DISMISSED**.

It is **SO ORDERED.**

March 23 2021
Alexandria, Virginia

Liam O'Grady
United States District Judge

1