IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MICHAEL ANTWI ADJEI ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION 1:20cv1098 |
| ) | |
| ALEJANDRO MAYORKAS, *in his official* ) | |
| *capacity as Secretary of Homeland Security* ) | |
| ) | |
| Defendant. ) | |

ORDER

This matter is before the Court on remand from the Fourth Circuit Court of Appeals with instructions. In accordance with the Judgment of the Court of Appeals entered on February 7, 2023 (Dkt. 31) it is hereby **ORDERED**:

That the Memorandum Opinion and Judgment Order entered in this case on March 23, 2021 (Dkts. 25 and 24 respectively) are hereby **VACATED**; and it is further **ORDERED**

That the Petitioner's Motion for Summary Judgment (Dkt. 9) is hereby **GRANTED** and the Respondents' Motion for Summary Judgment (Dkt. 14) is hereby **DENIED**. Judgment is hereby entered in favor of the Petitioner, Michael Antwi Adjei.

**IT IS SO ORDERED**.

Liam O'Grady
United States District Judge

Alexandria Virginia
June 8, 2023