UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MICHAEL ANTWI ADJEI, )
)
    Petitioner, )
)
vs. ) Civil Action No. 1:20cv1098
)
ALEJANDRO MAYORKAS, )
    in his official capacity as Acting )
    Secretary of Homeland Security, *et* )
    *al.*, )
)
    Respondents. )
)

## [Proposed] ORDER

Upon consideration of respondents' consent motion for an enlargement of time, it is hereby

ORDERED that respondents' consent motion is GRANTED; and it is hereby

ORDERED that on or before June 28, 2023, respondents shall file their opposition to petitioner's motion for attorneys' fees in the above-captioned action.

Date: June 22, 2023

/s/ JFA
John F. Anderson
United States Magistrate Judge
UNITED STATES MAGISTRATE JUDGE