UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MICHAEL ANTWI ADJEI, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> ALEJANDRO MAYORKAS, ) <br> in his official capacity as Acting ) <br> Secretary of Homeland Security, *et* ) <br> *al.*, ) <br> ) <br> Respondents. ) <br> _____ ) | Civil Action No. 1:20cv1098 |

[Proposed] ORDER

Upon consideration of respondents' consent motion for a one-day enlargement of time, it is hereby

ORDERED that respondents' consent motion is GRANTED; and it is hereby

ORDERED that on or before June 29, 2023, respondents shall file their opposition to petitioner's motion for attorneys' fees in the above-captioned action.

Date: June 28, 2023

/s/ JFA
John F. Anderson
United States Magistrate Judge
UNITED STATES MAGISTRATE JUDGE